FILED

OCT - 2 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07-cr-02484-WQH |
| Plaintiff, ) | |
| v. ) | ORDER TO EXONERATE REAL PROPERTY BOND |
| PAOLA MELENDEZ (2), ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the bond is exonerated and the following real property, located at 2310 Holt Avenue, El Centro, California 92243, be reconveyed to Barbara Melendez, a married woman, as her sole and separate property, 2310 Holt Avenue, El Centro, California 92243.

**IT IS SO ORDERED.**

Dated: 10/2/07

_____
JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

07-cr-02484-WQH